UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SHIBLEY, an individual on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:16-cv-001000-DAD-EPG<br><br>ORDER CONTINUING HEARING DATE ON MOTION TO COMPEL ARBITRATION<br><br>(Docs. 5 and 11) |

The Court, having read and considered the parties' stipulation (Doc. 11) to continue the hearing date on the motion to compel arbitration (Doc. 5), grants the stipulation. The hearing on the motion to compel arbitration is hereby continued to November 1, 2016 at 9:30 a.m., and the defendant's reply will be due on October 18, 2016.

IT IS SO ORDERED.

Dated: **August 29, 2016**

_____
UNITED STATES DISTRICT JUDGE