UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SHIBLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW PRIME, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 1:16-cv-01000-DAD-EPG<br><br>ORDER TRANSFERRRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO THE STIPULATION OF THE PARTIES AND 28 U.S.C. § 1404(a)<br><br>(Doc. No. 24) |

　　　　Before the court is the parties' stipulation to transfer venue to the U.S. District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a). (Doc. No. 24.) Section 1404(a) provides, "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

　　　　The parties have reached a settlement in this case as well as in *Montgomery v. New Prime, Inc.*, Case No. 5:16-cv-02131 DOC pending in the Central District of California, Southern Division. (*Id.* at 2.) The parties have agreed that the class settlement in both cases should be presented to and reviewed by the same court and that the Southern Division of the Central District of California is the proper venue where this action should be transferred. (*Id.*)

Accordingly, the court orders that the above-captioned action be transferred to the Southern Division of the U.S. District Court for the Central District of California on the grounds that: (1) this case could have been brought in the Central District of California; (2) transferring the case to the Central District of California would be more convenient to the parties; (3) the interests of justice are furthered by such a transfer; and (4) judicial economy would be best served by transfer of this action to the Central District to permit the settlement review and approval process to occur in a single court.

IT IS SO ORDERED.

Dated: **February 17, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE